IN THE UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PHILIP ROME JUAREZ,                              CIRCUIT CIVIL DIVISION

    Plaintiff,                                   CASE NO. 11-61940-CV-Cohn/Seltzer

v.

ISLE OF CAPRI CASINOS, INC., a
Missouri Corporation,

    Defendant.
_____/

## DEFENDANT ISLE OF CAPRI CASINOS, INC.
## ANSWER TO COMPLAINT

COMES NOW, Defendant ISLE OF CAPRI CASINOS, INC., (hereinafter "ISLE OF CAPRI"), and pursuant to Fed. R. Civ. P. 8 files this Answer to the Plaintiff's Complaint and states:

1. Admitted only that plaintiff alleges matters, and that if all of same alleged matters are true, jurisdiction would lie in this court.

2. Admitted only that plaintiff alleges matters, and that if all of same alleged matters are true, venue would lie in this court.

3. Defendant lacks knowledge or information sufficient to form a belief, and therefore denied.

4. Defendant lacks knowledge or information sufficient to form a belief, and therefore denied.

5. Admitted only that ISLE OF CAPRI is a Missouri corporation; all other allegations are denied.

6. Denied.

CASE NO. 11-61940-CV-Cohn/Seltzer

7. Denied.

8. Denied.

### **Applicable Law**

9. This paragraph does not contain any allegation against this defendant, and therefore no response is required; to the extent any allegation is construed to formulate a basis for suit against this Defendant, denied.

10. Denied.

11. This paragraph does not contain any allegation against this defendant, and therefore no response is required; to the extent any allegation is construed to formulate a basis for suit against this Defendant, denied.

12. This paragraph does not contain an allegation against this defendant, and therefore no response is required; to the extent any allegation is construed to formulate a basis for suit against this Defendant, denied.

13. Denied as to ISLE OF CAPRI; otherwise this paragraph does not contain an allegation against this defendant, and therefore no response is required; to the extent any allegation is construed to formulate a basis for suit against this Defendant, denied.

14. This paragraph does not contain an allegation against this defendant, and therefore no response is required; to the extent any allegation is construed to formulate a basis for suit against this Defendant, denied.

15. Denied.

16. Denied that any injunctive relief is appropriate or available with regard to the allegations of the first sentence of this paragraph against ISLE OF CAPRI; as to the second

CASE NO. 11-61940-CV-Cohn/Seltzer

sentence of this paragraph no allegation is made against this defendant, and therefore no response is required; to the extent any allegation in the second sentence is construed to formulate a basis for suit against this Defendant, denied.

17. This paragraph does not contain any allegation against this defendant, and therefore no response is required; to the extent any allegation is construed to formulate a basis for suit against this Defendant, denied.

18. Denied.

19. Denied.

## AFFIRMATIVE DEFENSES

1. The Plaintiff's Complaint fails to state a cause of action because it fails to meet the burden of identifying an existing communication barrier and it fails to show that said barrier can be removed in a readily achievable manner for the purposes of the ADA's communication barrier removal mandate, including but not limited to use of an internet site for registration in the poker tournaments complained of.

2. The Plaintiff's Complaint is barred by 42 USCA 12188 because the Plaintiff does not have reasonable grounds for believing that he has been subjected to discrimination on the basis of disability or that he is about to be subjected to discrimination, either as to participation in the registration process for the poker tournaments complained of or the poker tournaments complained of.

3. The Defendant states that the Plaintiff's requested relief qualifies as a "personal service" pursuant to 28 CFR 36.306 and is therefore not a required public accommodation.

CASE NO. 11-61940-CV-Cohn/Seltzer

4. The Defendant states that pursuant to 28 USC 2201 (Declaratory Judgment Act) the Plaintiff has no grounds to request a declaratory judgment as to the alleged discriminatory nature of the registration process for the poker tournaments because there exists no actual controversy, and that issue is moot and not ripe for judgment until there is a judgment as to whether the registration processes for the poker tournaments complained of, including but not limited to internet registration, is discriminatory and violative of applicable law.

5. The Defendant states that pursuant to 42 USCA 12188 the Plaintiff has no grounds to request the assessment of a civil penalty against Defendant ISLE OF CAPRI because this is not an action for enforcement by the Attorney General.

6. Defendant states that Plaintiff's Complaint fails to state a cause of action as no case or controversy exists because the poker tournaments complained of do not prohibit use of readers, either for registration purposes, or playing purposes.

7. Defendant demands a trial by jury of all issues so triable as of right by a jury.

WHEREFORE, Defendant ISLE OF CAPRI demands judgement against Plaintiff and payment of all attorney's fees, interest and the costs of having to defend this action and any other relief that this Court finds appropriate.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on 3rd day of October, 2011, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing

CASE NO. 11-61940-CV-Cohn/Seltzer

generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing.

WICKER, SMITH, O'HARA, MCCOY & FORD, P.A.<br>
Attorney for<br>
515 E. Las Olas Boulevard<br>
SunTrust Center, Suite 1400<br>
P.O. Box 14460<br>
Ft. Lauderdale, FL 33302<br>
Phone: (954) 847-4800<br>
Fax: (954) 760-9353<br>
<br>
By:____<i>s/ Christopher J. Jahr</i>____<br>
Robert C. Bauroth<br>
rbauroth@wickersmith.com<br>
Florida Bar No. 277940<br>
Christopher J. Jahr<br>
cjahr@wickersmith.com<br>
Florida Bar No. 73066

**Service List**

Joseph R. Fields, Jr., Esq.
LABOVICK LAW GROUP
Suite 200
5220 Hood Rd.
Palm Beach Gardens, Florida 33418
*Attorney for Plaintiff PHILIP ROME JUAREZ*